**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

IN RE:                                    * CHAPTER 13
KELVIN BRUCE WHITE,                         CASE NO. 15-30597-KLP
      Debtor.                        *

                                                  *

JRK RESID. AMERICA  LLC
          Movant.                        *
v.
                                                  *

KELVIN BRUCE WHITE, Debtor
SUZANNE E. WADE, Trustee                    *
        Respondents.

                                                  *

  *    *    *    *    *    *    *    *    *    *    *    *    *    *

MOTION FOR RELIEF FROM STAY

**NOTICE TO DEBTOR(s): Failure to file a written response to this motion with the Clerk of the United States Bankruptcy Court and to send Plaintiff a copy within 15 days from date of certificate of service may result in entry of a default judgment.**

COMES NOW your Movant, JRK Resid. America LLC, by counsel, and files this Motion for Relief from Stay to terminate, annul, modify or condition the automatic stay pursuant to 11 U.S.C. 362(d), and in support thereof states the following:

1.     This Court has proper jurisdiction over the matters herein alleged pursuant to 28 U.S.C. §1334.  This matter constitutes a core proceeding within the within the meaning of 28 U.S.C. §157 and a contested matter under Rules of Bankruptcy procedure 4001 and 9014.

2.     On February 6, 2015, debtor filed a petition under Chapter 13 of the United States Bankruptcy Code.

3.     Plaintiff is a Creditor in this proceeding by virtue of its ownership of an apartment located at 4904 Burnt Oak Drive, Apt. 203, Richmond, VA 23234 which was let to

Debtor under an Apartment Lease Contract dated October 29, 2014 (copy attached as Exhibit A).

4.      The monthly rent is $1,009.00 plus late charges and utility charges.

5.      Debtor has failed to make their post-petition payment for March, 2015.

6.      There are substantial pre-petition arrearages, costs and fees due on the account making the total amount as of the date of this filing of $5,757.10, excluding attorney's fees and costs incurred herein.

7.      Any attempted affirmation must cure or promptly cure the defaults aforesaid.

8.      Your Movant has not received any cure or adequate assurance of cure as of the date of the filing of this motion.

WHEREFORE, these premises considered, Plaintiff moves this Court to grant it full relief from the automatic stay provisions of 11 U.S.C. §362, or, if full relief cannot be had, to grant such other relief as may seem proper to the Court.

JRK Resid. America LLC
By Counsel

By:     /s/  Lauren French
        Lauren French, Esq.  VSB: #85478
        Morris|Schneider|Wittstadt Va., PLLC
        9409 Philadelphia Road
        Baltimore, MD 21237
        Ph: 410-284-9600
        Fax: 404-645-7464
        Email: lfrench@closingsource.net
        Attorney for Movant

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing Motion was transmitted to all parties listed on the ECF system and mailed first-class, postage prepaid this 27th day of March, 2015 to:

Kelvin Bruce White
4904 Burnt Oak Dr.
Apt. 203
Richmond, VA 23234
Debtor

Stephen F. Relyea
Boleman Law Firm, P.C.
PO Box 11588
Richmond, VA 23230
804-358-9900
Fax : 804-358-8704
Email: ecf@bolemanlaw.com
Attorney for Debtor

Suzanne E. Wade
P.O. Box 1780
Richmond, VA 23218-1780
Trustee

Judy A. Robbins, 11
Office of the U.S. Trustee - Region 4 -R
701 E. Broad Street, Suite 4304
Richmond, VA 23219
U.S. Trustee

Robert B. Van Arsdale
Office of the U. S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
804-771-2310
Fax : 804-771-2330
Email: Robert.B.Van.Arsdale@usdoj.gov
Attorney for U.S. Trustee

*/s/  Lauren French___*
Lauren French, Esq.